IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ATLAS IP, LLC, | : |
| Plaintiff, | : |
| v. | : |
| MASTER METER, INC.; MUELLER SYSTEMS, LLC; EKAHAU INC.; AiRISTA, LLC; DENTON COUNTY ELECTRIC COOPERATIVE, INC. D/B/A COSERV ELECTRIC; and TEXAS-NEW MEXICO POWER COMPANY | : C.A. NO.: 6:16-CV-01214-JRG (LEAD CASE)<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |
| Defendants | : |

## ORDER OF DISMISSAL

On this date came for consideration Atlas IP, LLC's and Ekahau Inc.'s Joint Motion to Dismiss with Prejudice (Dkt. No. 117). The Court being of the opinion that it should be **GRANTED**, it is therefore, **ORDERED** that the Joint Motion to Dismiss is **GRANTED** and that all claims asserted in this action by Atlas IP, LLC be **DISMISSED WITH PREJUDICE**. As between Atlas IP, LLC and Ekahau Inc., each party shall bear its own costs, expenses, and attorney's fees. It is further **ORDERED** that the Court shall retain jurisdiction to enforce the Parties' Non-Exclusive Patent License and Settlement Agreement. Nothing in this Order prevents Ekahau Inc. from seeking its own costs, expenses, and attorney's fees from AiRISTA, LLC or any related third-party. The Clerk is **ORDERED** to terminate Ekahau in lead case No. 6:16-cv-1214. The Clerk is directed to **CLOSE** member case No. 6:16-cv-1232. Any and all motions between Plaintiff and Ekahau in this lead case or member case which are presently unresolved by the Court are hereby **DENIED AS MOOT**.

**So ORDERED and SIGNED this 29th day of August, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE